UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHERIS HUBBARD,**

        Plaintiff,

v.                                Case No:  6:10-cv-1714-Orl-22GJK

**MERITAGE HOMES OF FLORIDA, INC.,**

        Defendant.

### REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MERITAGE HOMES OF FLORIDA, INC.'S MOTION TO TAX COSTS (Doc. No. 30)**
>
> **FILED:**    **September 7, 2012**
>
> ---
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On September 5, 2012, the Court entered an order granting summary judgment in favor of Meritage Homes of Florida, Inc. (the "Defendant") and against Cheris Hubbard (the "Plaintiff").  Doc. No. 28.  In the order, the Court stated that Plaintiff shall take nothing on her claims, and Defendant shall recover its costs of action. Doc. No. 28.

On September 7, 2012, Defendant filed a Motion to Tax Costs (the "Motion") requesting that the Court enter a judgment taxing costs in the amount of $2,555.55. Doc. No. 30. In support of the costs requested, Defendant attaches an affidavit and receipts for transcription costs

in the amount of $2,555.55. Doc. No. 30-1 at 1-8. Plaintiff has not filed a timely response and, therefore, the Motion is unopposed. Pursuant to 28 U.S.C. § 1920(2), costs of transcription services are recoverable by the prevailing party. Accordingly, it is **RECOMMENDED** that the Court:

1. **GRANT** the Motion (Doc. No. 30);

2. Direct the Clerk to enter judgment for costs in the amount of $2,555.55 against Plaintiff; and

3. Close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on September 24, 2012.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy