# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHERIS HUBBARD,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No.   6:10-cv-1714-Orl-22GJK**

**MERITAGE HOMES OF FLORIDA, INC.,**

       **Defendant.**

_____

## ORDER

This cause is before the Court on Meritage Homes of Florida, Inc.'s Motion to Tax Costs (Doc. No. 30) filed on September 7, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.   Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 24, 2012 (Doc. No. 31), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Meritage Homes of Florida, Inc.'s Motion to Tax Costs (Doc. No. 30) filed on September 7, 2012, is GRANTED.

3. The Clerk shall enter a judgment providing that the Defendant, Meritage Homes of Florida, Inc., shall recover costs in the amount of $2,555.55 from the Plaintiff, Cheris Hubbard.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 11, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party